**Dismiss and Opinion Filed March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00847-CV

### LULA M. JACKSON, Appellant
### V.
### COUCH ENTERPRISES LP, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02549-C**

## MEMORANDUM OPINION
Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Both the filing fee and the clerk's record in this case are overdue. By postcard dated June 21, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By letter dated August 29, 2013, we informed appellant that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that if we did not receive the required verification, we might dismiss the appeal without further

notice.  To date, appellant has not paid the filing fee, provided the required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Carolyn Wright/
130847F.P05
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LULA M. JACKSON, Appellant

No. 05-13-00847-CV      V.

COUCH ENTERPRISES LP, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-02549-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

    It is **ORDERED** that appellee COUCH ENTERPRISES LP recover its costs of this appeal from appellant LULA M. JACKSON.


Judgment entered March 26, 2014.



/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE